## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| **LEE E. CAMPBELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **3:14-cv-00075-TCB** |
| **DEPENDABLE WASTE** | ) | |
| **SERVICES, INC. and DOUGLAS** | ) | |
| **MATTHEWS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable.   This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**.

This the _5th_ day of ____ May ____, 2015.

_____
Timothy C. Batten, Sr.
District Court Judge, Northern District of Georgia